IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **04 CR 10315 RWZ** |
| | : | Count One: 18 U.S.C. §1546 |
| | : | (Fraud and Misuse of |
| v. | : | Documents) |
| | : | |
| MARCIO PASSAMANI TOSO | : | |

## INFORMATION

**COUNT ONE: 18 U.S.C. §1546**
**(Fraud and Misuse of Documents)**

The United States Attorney charges that:

On or about August 17, 2004, at Taunton, in the District of Massachusetts,

MARCIO PASSAMANI TOSO

the defendant herein, did knowingly use, attempt to use, and possess a United States visa and an I-94 document, prescribed by statue or regulation fo re-entry into and as evidence of authorized stay and employment in the United States, knowing the document to be forged, counterfeited, altered and falsely made and to have been procured by means of any false claim and statement and to have been otherwise procured by fraud and unlawfully obtained.

All in violation of Title 18, Untied States Code, Section 1546.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: *Nadine Pellegrini*
Nadine Pellegrini
Assistant U.S. Attorney

≣JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**          **U.S. District Court - District of Massachusetts**

04 CR 10315 RWZ

FILED IN CLERKS OFFICE
2004 OCT -6 P 4:05
U.S. DISTRICT COURT
DISTRICT OF MASS.

Place of Offense: _____   Category No. **II**   Investigating Agency **DSS**

City **Taunton**   Related Case Information:

County **Bristol**
Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number **04-MJ-1059-JGD**
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name **Marcio Passamani TOSO**   Juvenile [ ] Yes [x] No

Alias Name _____

Address **139 Jacques Street, Somerville, MA**

Birth date (Year only): **1978**   SSN (last 4 #): _____   Sex **m**   Race: **W**   Nationality: **Brazilian**

Defense Counsel if known: **John Palmer**   Address: **24 School Street, Boston, MA 02108**

Bar Number: _____

**U.S. Attorney Information:**

AUSA **Nadine Pellegrini**   Bar Number if applicable _____

Interpreter: [x] Yes [ ] No   List language and/or dialect: **Portuguese**

Matter to be SEALED: [ ] Yes [x] No

[ ] Warrant Requested   [x] Regular Process   [ ] In Custody

**Location Status:**

Arrest Date: **9/14/04**

[ ] Already in Federal Custody as _____ in _____
[ ] Already in State Custody _____ [ ] Serving Sentence [ ] Awaiting Trial
[x] On Pretrial Release: Ordered by **U.S.M.J. Dein** on **9/21/04**

Charging Document: [ ] Complaint  [x] Information  [ ] Indictment

Total # of Counts: [ ] Petty _____ [ ] Misdemeanor _____ [x] Felony **1**

Continue on Page 2 for Entry of U.S.C. Citations

[x]   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: **10/6/04**   Signature of AUSA: *Nadine Pellegrini*

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant     Marcio Passamani TOSO

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 USC 1546 | Fraud and Misuse of Documents | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**