# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 04-10315-RWZ |
| ) | |
| MARCIO PASSAMANI TOSO ) | |

## WAIVER OF INDICTMENT

I, MARCIO PASSAMANI TOSO, , the above-named defendant, who is accused of use and possession of an altered United States visa and an I-94 document, prescribed by statue or regulation fo re-entry into and as evidence of authorized stay and employment in the United States, knowing the document to be forged, counterfeited, altered and falsely made and to have been procured by means of any false claim and statement and to have been otherwise procured by fraud and unlawfully obtained. in violation of 18 U.S.C. Section 1546, being advised of the nature of the charge, the proposed information, and my rights, hereby waive in open court on November 4, 2004 prosecution by indictment and consent that the proceeding may be by information instead of by indictment.

_____
Defendant

_____
Counsel for the Defendant

Before: _____
Rya W. Zobel
U.S. District Court Judge

11/4/04