UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | NO. 04-10315-RWZ |
| MARCIO TOSO ) | |
| ) | |

MOTION TO DISCHARGE MORTGAGE

Now comes Defendant Marcio Toso and moves this Honorable Court to order that the mortgage granted by JoAnne A. Toso and Adriano V. Toso ("Grantors") to the Clerk of the United States District Court ("Grantee") to secure a personal bond for Marcio Passamani Toso ("Defendant") be discharged.

In support of this motion, Defendant states:

1. That on September 21, 2004, a mortgage in the amount of $25,000.00 was recorded on Grantors' property at 139 Jacques Street, Somerville, and recorded in the Middlesex Registry of Deeds to secure a personal bond executed by Defendant for his release during the pendency of this case;

2. That Defendant has been in compliance with all the conditions of his release imposed on him by the Court;

3. That the Defendant appeared before the Court on November 4, 2003, entered a plea of guilty to an information, and was sentenced to one year probation.

Wherefore, the Defendant requests that the Court order that the mortgage be discharged.

DEFENDANT
By his attorney

/s/John F. Palmer
Law Office of John F. Palmer
24 School Street, 8th Floor
Boston, MA 02108
(617)723-7010
BBO# 387980

Dated: November 12, 2004