# LAW OFFICE OF JOHN F. PALMER

24 SCHOOL STREET

BOSTON, MASSACHUSETTS 02108

Email: jpalmer@socialaw.com

*Telefax*
(617) 723-5601

*Telephone*
(617) 723-7010

November 12, 2004

United States District Court
For the District of Massachusetts
One Courthouse Way
Boston, MA 02110
Attn: Sheila

**RE:** **USA v. Mario Toso**
**No. 04-10315-RWZ**

Dear Sheila:

Enclosed is a Discharge of Mortgage with a return self-addressed envelope.

I have concurrently filed a Motion To Discharge with the Court which I expect to be allowed by Judge Zobel.

Thank you for your assistance.

Very truly yours,

John F. Palmer

JFP/lmr
Enclosure
cc: Adriano Toso

# DISCHARGE OF MORTGAGE

The Clerk of the United States District Court for the District of Massachusetts, United States Courthouse, 1 Courthouse Way, Boston, Massachusetts ("Mortgagee") present holder of a mortgage:

From: JoAnne A. Toso and Adriano V. Toso ("Mortgagors")

To: Clerk of the United States District Court for the District of Massachusetts, United States Courthouse, 1 Courthouse Way, Boston, Massachusetts ("Mortgagee")

Dated: September 21, 2004

In The Amount Of: Twenty-five thousand dollars ($25,000.00)

Property Address: 139 Jacques Street, Somerville, Massachusetts

The original mortgage document was recorded at the Middlesex South Registry of Deeds, Book 73751, page 77, on September 21, 2004.

The Mortgagee hereby acknowledges satisfaction of same and authorizes the Middlesex South Registry of Deeds to record this document and discharge said mortgage.

Witness my hand and seal this _____ day of _____ 2004.

                    Clerk of the United States District Court
                    For the District of Massachusetts
                    1 Courthouse Way
                    Boston, MA 02110

                    By:_____

Suffolk, ss.        Commonwealth of Massachusetts

Then personally appeared the above named_____, Clerk of the United States District Court for the District of Massachusetts, 1 Courthouse Way, Boston, MA, and acknowledged the foregoing instrument to be his/her free act and deed before me.

                    _____
                    Notary Public
                    My Commission Expires:

Dated: