04-10315

## DISCHARGE OF MORTGAGE

The Clerk of the United States District Court for the District of Massachusetts, United States Courthouse, 1 Courthouse Way, Boston, Massachusetts ("Mortgagee") present holder of a mortgage:

From: JoAnne A. Toso and Adriano V. Toso ("Mortgagors")

To: Clerk of the United States District Court for the District of Massachusetts, United States Courthouse, 1 Courthouse Way, Boston, Massachusetts ("Mortgagee")

Dated: September 21, 2004

In The Amount Of:   Twenty-five thousand dollars ($25,000.00)

Property Address:   139 Jacques Street, Somerville, Massachusetts

The original mortgage document was recorded at the Middlesex South Registry of Deeds, Book 73751, page 77, on September 21, 2004.

The Mortgagee hereby acknowledges satisfaction of same and authorizes the Middlesex South Registry of Deeds to record this document and discharge said mortgage.

Witness my hand and seal this 7TH day of December 2004.

Clerk of the United States District Court
For the District of Massachusetts
1 Courthouse Way
Boston, MA 02110

By: William L. Kuane Jr. - Acting Clerk

Suffolk, ss.   Commonwealth of Massachusetts

Then personally appeared the above named WILLIAM L. KUANE, JR. ACTING, Clerk of the United States District Court for the District of Massachusetts, 1 Courthouse Way, Boston, MA, and acknowledged the foregoing instrument to be his/her free act and deed before me.

Notary Public
My Commission Expires:
Judith A. Litwin
Notary Public
My Commission Expires
January 8, 2010

Dated: 12/7/04